IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WESLEY W. HUNTER,

    Petitioner,                  No. CIV S-08-1461 GGH P

  vs.

JAMES TILTON, et al.,

    Respondents.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner does not appear to have paid the filing fee or to have filed a request to proceed in forma pauperis.

        The application attacks a prison disciplinary conviction issued at Centinela State Prison in Imperial County, which is within the jurisdiction of the Southern District of California. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Imperial County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

        Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

        1. This court has not directed petitioner to file an application to proceed in forma

1

1 | pauperis or to pay the filing fee; and

2 |     2. This matter is transferred to the United States District Court for the Southern

3 | District of California.

4 | DATED: 07/25/08

5 |                           /s/ Gregory G. Hollows

6 |                           UNITED STATES MAGISTRATE JUDGE

GGH:009
hunt1461.108